# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | : | Case No. 05-68773 |
| | : | |
| **Vernon D. Perry** | : | S.S. No. xxx-xx-6642 |
| **Teresa S. Perry** | : | S.S. No. xxx-xx-0264 |
| | : | |
| **Debtors** | : | Chapter 7, Judge Caldwell |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $50.23 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| **Creditor Name & Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Revenue Group<br>3700 Park East Ste 240<br>Beachwood, Ohio 44122 | 6 | $50.23 |

Dated: August 11, 2010

/s/ Sara J. Daneman  
Sara J. Daneman (0008254)  
62 Mill Street  
Gahanna, Ohio 43230  
(614) 337-0960  
Trustee

cc: U.S. Trustee